# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED
10:54 am, 6/29/21
U.S. Magistrate Judge

UNITED STATES OF AMERICA

Plaintiff

vs.

PHILLIP DOBBINS

Defendant.

Case Number:   21-mj-00036-NDF-1

Date 6/29/2021    Time 10:16 - 10:40 AM    Before the Honorable   R. Michael Shickich

☐ Indictment    ☐ Information    ☑ Complaint    ☐ Arraignment    ☐ Rule 5

☐ Initial Appearance    ☑ Detention Hearing    ☑ Preliminary Hearing    ☐ Removal Hearing

☐ Other

Offense: 21 U.S.C 846 and 841(a)(1), (b)(1)(B) - Conspiracy to Distribute Methamphetamine

| Tiffany Dyer | FTR Recording | Laura Conrad |
|---|---|---|
| Clerk | Digital Recording | Probation Officer |
| Timothy J. Forwood | Platte County Detention | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared   ☐ Voluntarily   ☑ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing  Tracy Hucke
☑ FPD    ☐ PANEL-CJA    ☐ RETAINED    ☐ WAIVED

**BOND IS**
- ☐ Defendant is detained
- ☑ Set at $ 10,000
- ☐ Cash or Surety
- ☑ Unsecured
- ☐ Continued on the same terms and conditions
- ☐ Detention hearing set for: Date _____ Time _____

Judge _____

- ☐ Obey all laws, Federal, State and Local
- ☐ Maintain current residence
- ☐ Seek/Maintain employment
- ☐ Report to Pretrial Services as directed
- ☐ 3rd party custody of _____
- ☐ Travel restricted to _____
- ☐ Not use or possess firearms/ammunition/explosives
- ☐ Abide by the following curfew _____
- ☐ Not use or possess alcohol
- ☐ Not use or possess controlled substances/drugs
- ☐ Not use alcohol to excess
- ☐ Avoid all contact with _____
- ☐ Submit to drug/alcohol testing
- ☐ Post property or sum of money _____
- ☐ Do not obtain passport
- ☐ Undergo medical/psychiatric treatment/exam
- ☐ Surrender passport to _____
- ☐ Mandatory DNA collection
- ☐ Other _____
- ☐ Bail review / detention hearing   Date _____
- ☐ Defendant detained- Reasons _____

**Preliminary Hearing**   Date 6/29/2021

Witnesses   Waived

Outcome
- ☐ Bound over to U.S. District Court
- ☐ Dismissed
- ☐ Other _____