# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING



FILED
3:23 pm, 6/29/21
U.S. Magistrate Judge

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                                Plaintiff,<br><br>vs.<br><br>PHILLIP DOBBINS<br><br>                               Defendant. | Case Number: 21-MJ-36-NDF-01 |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall be notified of the place and time of next appearance.

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of ten Thousand dollars, ($10,000) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

Order Setting Conditions of Release
21-MJ-36-NDF-01

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED the release of the defendant is subject to the conditions marked below:

(6)   The defendant shall:

The defendant shall be released on July 1, 2021, and report directly to the inpatient treatment program at Life House, 3322 Strahan Parkway, in Sheridan, Wyoming, and comply with the rules and procedures of the program. He shall successfully complete treatment and not discontinue treatment. The defendant shall not leave the Life House facility without permission of the Life House staff. The defendant shall be transported to this facility by Melanie Brown.

The defendant shall report to the U.S. Pretrial Services Officer as directed.

The defendant shall not violate any local, state, or federal law.

The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.

The defendant shall not travel outside Wyoming without prior permission from the Probation Officer.

The defendant shall have no contact with any co-defendants or any witness or potential witness of the instant offense.

The defendant shall refrain from the use or unlawful possession of alcohol and any narcotic drug or other controlled substance defined in 21 U.S.C. 802 unless prescribed by a licensed medical practitioner.

The defendant shall submit to drug and alcohol testing as required by the Probation Officer and/or treatment program.

The defendant shall submit to a search of person, residence, vehicle, computer, or office based upon reasonable suspicion of a violation of the conditions of release.

The defendant shall not possess any firearms, ammunition or other dangerous weapons. Further, any weapons currently located in the defendant's home of place of employment must be removed from his access.

The defendant shall have a detention review hearing no later than ten (10) days prior to his release from the program.

The defendant shall comply with the curfew as established by the Life House Program.

Order Setting Conditions of Release
21-MJ-36-NDF-01

## Advice of Penalties and Sanctions

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. §3148, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not less than two years nor more than ten years if the offense is a felony; or a term of imprisonment of not less than ninety days nor more than one year if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

18 U.S.C. §1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror, or officer of the court; 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a criminal offense punishable by up to ten years imprisonment and a $250,000 fine to tamper with a witness, victim, or informant; and 18 U.S.C. §1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:

(1) an offense punishable by death, life imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____        _____
Signature of Defendant                                City/State/Zip

### Direction to the United States Marshal

• The defendant is ORDERED released on July 1, 2021.

Dated this 29th day of June, 2021.

_____
R. Michael Shickich
United States Magistrate Judge